UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:07-CR-00016-1-F
No. 4:12-CV-0064-F

| | |
|---|---|
| DAMEN LAMAR WILLIAMS,<br>    Petitioner, | )<br>)<br>) |
| v. | )    O R D E R<br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) |

This matter is before the court on the Government's Response [DE-40], withdrawing its arguments against the relief sought by petitioner, Damen Lamar Williams in his May 24, 2012, Motion to Vacate, Set Aside or Correct his conviction and sentence [DE-37], pursuant to 28 U.S.C. § 2255. Williams through counsel, asserted one claim. He argued he is not guilty of having been a felon in possession of a firearm under 18 U.S.C. § 922(g), in light of *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011) (*en banc*). Williams entered a plea of guilty to that offense without a plea agreement on May 14, 2007, see [DE-14], and was sentenced on October 16, 2007, to a term of 92 months, followed by a three-year term of supervised release. *See* Judgment [DE-23]. Williams currently is serving his period of incarceration with a projected release date of December 14, 2013.

In its initial response to Williams' § 2255 motion by way of a Motion to Dismiss [DE-37], the Government argued that his petition was procedurally barred, the motion was untimely under any subdivision of § 2255(f), that Williams was not actually innocent and that equitable tolling does not excuse the untimeliness of the motion. *See* [DE-37, -38]. However, in its Supplemental Response [DE-40], the Government deliberately waives the statute of limitations defense in this case, and invites the court to reach the merits of Williams' claim.

A review of Williams' prior criminal record, in light of the ruling in *Simmons* and the content of the Government's Response [DE-40], together with the record in this case convinces the court that Williams in fact was and is "actually innocent" of the § 922(c) conviction. Because he was not a "felon" at the time of that alleged conduct under North Carolina law, as properly construed, an element of the § 922(g) offense was lacking.

In summary, the Government's Response [DE-40], and Williams' § 2255 motion [DE-34] are ALLOWED. The judgment of conviction and sentence, entered on October 16, 2007 [DE-23] hereby is VACATED. Damen Lamar Williams is ORDERED to be released from federal custody, subject to pending detainers, if any.

SO ORDERED.

This, the 20th day of August, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge